IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA            )            CR No.:   3:09-482-JFA
                                    )
v.                                  )            ORDER
                                    )
ALI RASHEED BRUNSON                 )
                                    )
_____            )

By order entered July 11, 2011, this court reduced the defendant's sentence from 130

months to 92 months.  The defendant has written to the court suggesting that a more generous

reduction is called for under the facts of his case.  The court was made aware of all of the

information contained in the defendant's most recent letter and finds no basis for disturbing

its earlier decision regarding the sentence reduction.  Accordingly, to the extent the

defendant's letter dated January 20, 2012, can be considered as a request for reconsideration,

the same is denied.

        IT IS SO ORDERED.

                                              Joseph F. Anderson, Jr.

January 27, 2012                              Joseph F. Anderson, Jr.
Columbia, South Carolina                      United States District Judge